IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HANOVER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS E. SHIVELY,<br><br>Defendant. | CV 24-61-M-DWM<br><br>ORDER |

The parties having filed a stipulated motion to dismiss pursuant to Rule 41(a),

IT IS ORDERED that the motion (Doc. 15) is GRANTED and the above-captioned cause is DISMISSED WITHOUT PREJUDICE, each party to pay its own fees and costs. All pending motions are MOOT and all deadlines are VACATED. The January 7, 2025 preliminary pretrial conference is VACATED.

Dated this 3rd day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court